UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-116 (DSD/SRN)

ORIGINAL

UNITED STATES OF AMERICA,
PLAINTIFF,
V.
$11,712.00 IN U.S. CURRENCY,
DEFENDANT.

ENTRY OF DEFAULT

It appearing that all unknown persons and entities having an interest in the defendant currency are in default for failure to file a verified statement of interest in or right against the defendant currency and an answer to the Complaint for Forfeiture in this action as provided for by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and 18 U.S.C. § 983(a)(4)(A);

It further appearing that Claimants Darrel and Linda Arel are in default as to $8,312.00 of the defendant currency as provided for by the settlement reached in this case;

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against Darrel Arel, Linda Arel and all unknown persons and entities as to $8,312.00 of the defendant currency this 11th day of July, 2002.

Deputy CLERK, UNITED STATES DISTRICT COURT



(17)

JUL 11 2002