UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-116 (DSD/SRN)

ORIGINAL

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

$11,712.00 IN U.S. CURRENCY,

DEFENDANT.

CERTIFICATE OF REASONABLE CAUSE

This matter having come before this Court on the terms of the settlement reached between the United States and Claimants Darrel and Linda Arel including the issuance of a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2), which provides that such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest, and

IT APPEARING TO THE COURT THAT there was reasonable cause for the seizure or arrest of the defendant $11,712.00, as agreed upon by the United States and Claimants Darrel and Linda Arel,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to 28 U.S.C. § 2465 (a)(2), neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall

FILED 7-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Claimants Darrel and Linda Arel be entitled to costs, such costs having been waived by the terms of the settlement.

Dated: 7/17/02

DAVID S. DOTY, Senior Judge
United States District Court